## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIEN LOIS FRAZIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:18-cv-00068-GLR |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS INC., et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANTS EQUIFAX INC.'S AND EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Equifax Inc. ("Equifax Inc.") and Equifax Information Services, LLC ("EIS") respectfully submit this Notice of Supplemental Authority in support of their Motion to Dismiss First Amended Complaint (Doc. 19). Today, August 8, 2018, the United States District Court for the District of Maryland issued a Memorandum and an Order in a factually similar case, *Joahn Barron Frazier v. Experian Information Solutions Inc., et al.*, Civil Action No. 1:18-cv-00067-JKB, copies of which are attached hereto as Exhibits A and B, respectively. In the Memorandum and Order, the court granted Equifax's and EIS's Motion to Dismiss.

Respectfully submitted this 9th day of August, 2018.

        */s/ Nathan D. Adler*
        Nathan Daniel Adler, Esq.
        Bar No: 22645
        Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
        One South Street, 27th Floor
        Baltimore, Maryland 21202-3201
        (410) 332-8516
        (410) 332-8517 – Fax
        nda@nqgrg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and via U.S. Mail to:

Erien Lois Frazier
P.O. Box 25
Hagerstown, MD 21741

Jon G. Heintz
Jones Day
51 Louisiana Ave
Washington, DC 20001

Robert J. Schuckit
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

                                                                */s/ Nathan D. Adler*
                                                                 Nathan Daniel Adler