**LexisNexis®**

LexisNexis Consumer Center

Consumer Number: 351 4505

Case Number: 86260935

January 24, 2018

ERIEN LOIS FRAZIER
PO BOX 25
HAGERSTOWN, MD 21741

Dear: ERIEN LOIS FRAZIER

RE: Life Public Records Disclosure

Thank you for contacting us regarding LexisNexis® Life Public Records Disclosure Report. Your disclosure contains the information associated with you in our Life Public Records file, and a listing of companies that requested that your file in the last 12 months. To the extent we still have it, you may separately receive a copy of the Motor Vehicle report and credit report provided to the carrier.

If you have any further questions, you may contact the LexisNexis Consumer Center via email at consumer.documents@LexisNexis.com or phone at 888-497-9215. The LexisNexis Consumer Center's hours of operation are Monday - Friday from 8:00 A.M. to 7:00 P.M. Eastern Standard Time. In an effort to protect your privacy and deliver prompt service, please have your Case Number (located at the top of this letter) accessible when you call our support number.

LexisNexis Consumer Center
Attn: Life
P.O. Box 105108
Atlanta, GA 30348-5108

Exhibit A                     →



# LexisNexis® Life Public Records Consumer Disclosure Report

## LexisNexis® Risk Solutions Bureau LLC
### When calling for assistance, please have a copy of this file for reference.

### Identification Records

This section contains historical identity information provided to us by a variety of sources. Multiple rows may be present for each source based on variations of information supplied. The First and Last Seen dates represent the time periods that the particular source reported the data, which may not necessarily be the time periods within which the contact information would have been considered current for you.

| Name | ERIEN L FRAZIER | Address | 801 PENNSYLVANIA AVE HAGERSTOWN, MD 21742-3103 | Date First / Last Seen | 200811 / 201711 |
|---|---|---|---|---|---|
| SSN | ■■■■■ | Date of Birth | ■■■■■ | Date of Death | 0 |
| County Name | WASHINGTON | Listed Phone Name | | Phone | |
| Record Source | EXPERIAN | | | | |

| Name | ERIEN L FRAZIER | Address | 801 PENNSYLVANIA AVE HAGERSTOWN, MD 21742-3103 | Date First / Last Seen | 200811 / 201711 |
|---|---|---|---|---|---|
| SSN | ■■■■■ | Date of Birth | 0 | Date of Death | 0 |
| County Name | WASHINGTON | Listed Phone Name | | Phone | |
| Record Source | EQUIFAX | | | | |

| Name | ERIEN L FRAZIER | Address | PO BOX 25 HAGERSTOWN, MD 21741-0025 | Date First / Last Seen | 200904 / 201709 |
|---|---|---|---|---|---|
| SSN | ■■■■■ | Date of Birth | 0 | Date of Death | 0 |
| County Name | WASHINGTON | Listed Phone Name | | Phone | |
| Record Source | EQUIFAX | | | | |

| Name | ERIEN L FARZIAR | Address | 801 PENNSYLVANIA AVE HAGERSTOWN, MD 21742-3103 | Date First / Last Seen | 200811 / 201703 |
|---|---|---|---|---|---|
| SSN | ■■■■■ | Date of Birth | ■■■■■ | Date of Death | 0 |
| County Name | WASHINGTON | Listed Phone Name | | Phone | |
| Record Source | EXPERIAN | | | | |

| Name | ERIEN L FAZIER | Address | 801 PENNSYLVANIA AVE HAGERSTOWN, MD 21742-3103 | Date First / Last Seen | 200811 / 201703 |
|---|---|---|---|---|---|
| SSN | ■■■■■ | Date of Birth | ■■■■■ | Date of Death | 0 |
| County Name | WASHINGTON | Listed Phone Name | | Phone | |
| Record Source | EXPERIAN | | | | |

| Name | FRAZIER ERIEN | Address | 801 PENNSYLVANIA AVE HAGERSTOWN, MD 21742-3103 | Date First / Last Seen | 200811 / 201703 |
|---|---|---|---|---|---|
| SSN | ■■■■■ | Date of Birth | ■■■■■ | Date of Death | 0 |
| County Name | WASHINGTON | Listed Phone Name | | Phone | |
| Record Source | EXPERIAN | | | | |